DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
CITY OF RIO VISTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| NOAH BROWN, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>CITY OF RIO VISTA, a municipal corporation,<br><br>          Defendants. | Case No. 2:19-cv-02180-TLN-CKD<br><br>**ORDER FOR DEFENDANT CITY OF RIO VISTA'S REQUEST FOR LEAVE OF COURT TO TAKE DEPOSITION OF PLAINTIFF NOAH BROWN** |

Pursuant to F.R.C.P. 30(a)(2)(B), Defendant CITY OF RIO VISTA ("Defendant") requested leave of Court to take the deposition of Plaintiff Noah V. Brown.

The Court hereby rules as follows:

Defendant may take the deposition of Plaintiff Noah V. Brown prior to the November 6, 2020 close of non-expert disclosure at the Santa Clara County Jail, which is located at 150 W Hedding St., San Jose, California.

Dated: October 6, 2020

*Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.2180.30a2b