**LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, ESQ., (SBN 69888)
K. CHIKE ODIWE, ESQ., (SBN 315109)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
chike.odiwe@johnburrislaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BROWN, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF RIO VISTA, a municipal corporation; NATALIE RAFFERTY, individually and in his official capacity as an officer for the Rio Vista Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Rio Vista Police Department,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-02180-TLN-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S FIRST AND FOURTH CAUSES OF ACTION** |

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, Plaintiff NOAH BROWN ("Plaintiff") and Defendants CITY OF RIO VISTA and NATALIE RAFFERTY ("Defendants") – the parties – hereby stipulate for the purpose of jointly requesting that the Honorable Court dismiss with prejudice Plaintiff's First Cause of Action for Unlawful Seizure and Fourth Cause of Action for Municipal Liability Under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978) ("*Monell*"), as

Case No. 2:19-cv-02180-TLN-CKD
**STIPULATION AND ORDER FOR DISMISSAL**

follows:

**GOOD CAUSE STATEMENT**.

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

2. Defendants dispute Plaintiff's First Cause of Action (42 U.S.C. § 1983 claim for an unlawful seizure).

3. Defendants dispute Plaintiff's Fourth Cause of Action (42 U.S.C. § 1983 claim for municipal liability pursuant to *Monell*).

4. In light of the foregoing and in the interests of justice, the parties hereby stipulate to dismiss those portions of Plaintiff's claims as specified herein below.

**STIPULATION FOR PARTIAL DISMISSAL.**

5. The parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order giving effect to, the following *dismissal with prejudice* to part of Plaintiff's claims in this action:

6. Plaintiff hereby stipulates to **dismiss with prejudice** Plaintiff's First Cause of Action **in its entirety**: 42 U.S.C. § 1983 claim for an unlawful seizure by Plaintiff NOAH BROWN against Defendants NATALIE RAFFERTY and DOES 1-25.

7. To that effect, the parties hereby stipulate to and jointly request that the Court enter an Order striking the following language from the operative Complaint: the entirety of paragraphs 20-21.

8. Plaintiff hereby stipulates to **dismiss with prejudice** Plaintiff's Fourth Cause of Action **in its entirety**: 42 U.S.C. § 1983 claim for municipal liability pursuant to *Monell* by Plaintiff NOAH BROWN against Defendants CITY OF RIO VISTA and DOES 26-50.

9. To that effect, the parties hereby stipulate to and jointly request that the Court enter an Order striking the following language from the operative Complaint: the entirety of paragraphs 38 through 45.

10. Furthermore, Plaintiff and Defendants each affirm that Plaintiff hereby waives and

releases the aforementioned dismissed/stricken claim – including all claims for liability or damages or otherwise by Plaintiff against any of the Defendants or their agents or employees – and waives and releases all costs, court fees, and attorneys' fees arising out of this litigation as to the aforementioned dismissed claim.  By and through Plaintiff's attorneys of record in this action, Plaintiff further affirms that Plaintiff is hereby knowingly, freely, voluntarily, and without duress releasing and waiving these claims for damages or liability, and all associated causes of action, which in any way arise from the incident at issue in this action.

11.     This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED**.

DATED:                                              **LAW OFFICES OF JOHN L. BURRIS**

By:     *Kenneth Chike Odiwe*
        John L. Burris
        Kenneth Chike Odiwe
        Attorneys for Plaintiff
        NOAH BROWN

Dated:

                                                    ALLEN, GLAESSNER, HAZELWOOD & WERTH LLP

By:  /s/ *John Robinson*
        JOHN ROBINSON
        Attorney for Defendant
        CITY OF RIO VISTA

1 | Dated:
2 |                   PORTER SCOTT ATTORNEYS

By:/s/ *Suli Mastorakos*
    CARL FESSENDEN
    SULI MASTORAKOS
    Attorney for Defendant
    NATALIE RAFFERTY

4

Case No. 2:19-cv-02180-TLN-CKD
**STIPULATION AND ORDER FOR DISMISSAL**

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

**ORDER REGARDING PARTIAL DISMISSAL OF CLAIMS.**

1. The Court hereby Orders that Plaintiff's First Cause of Action: 42 U.S.C. § 1983 claim for unlawful seizure by Plaintiff NOAH BROWN against Defendants NATALIE RAFFERTY and DOES 1-25 – is dismissed **with prejudice in its entirety**.

2. To that effect, the Court hereby Orders that the following language is stricken from the operative Complaint: the entirety of paragraphs 20 through 21.

3. The Court hereby Orders that Plaintiff's Fourth Cause of Action: 42 U.S.C. § 1983 claim for municipal liability pursuant to *Monell* by Plaintiff NOAH BROWN against Defendants CITY OF RIO VISTA and DOES 26-50 – is dismissed **with prejudice in its entirety**.

4. To that effect, the Court hereby Orders that the following language is stricken from the operative Complaint: the entirety of paragraphs 38 through 45.

5. Furthermore, the Court acknowledges Plaintiff's stipulation to waive and release all costs, court fees, and attorneys' fees arising out of this litigation between these parties thereto as to the aforementioned dismissed claims and parties.

**IT IS SO ORDERED.**

Dated: April 20, 2021

_____
Troy L. Nunley
United States District Judge