DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
CITY OF RIO VISTA

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant NATALIE RAFFERTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BROWN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF RIO VISTA, a municipal corporation; NATALIE RAFFERTY, individually and in her official capacity as an officer for the Rio Vista Police Department; and Does 1-50, inclusive, individually and in their official capacity as police officers for the Rio Vista Police Department,<br><br>　　　　Defendants.<br>_____/ | CASE NO.  2:19-CV-02180 TLN CKD<br><br>**DEFENDANTS CITY OF RIO VISTA AND NATALIE RAFFERTY'S REQUEST AND ORDER TO EXTEND PAGE LIMIT FOR DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  10/28/2019 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants CITY OF RIO VISTA and NATALIE RAFFERTY (collectively, "Defendants") respectfully request permission from this Court to file a Memorandum of Points and Authorities in Support of their respective Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion") in excess of the twenty-page limit as set forth in the Initial Pretrial Scheduling Order. (ECF No. 4.)

In support of this request, Defendants state they have attempted, in good faith, to comply with the page limitation as set forth above, and have made every effort to eliminate extraneous arguments from their Memorandum. However, in preparing their Motion, it has become apparent that Defendants cannot properly address each of the issues in their memorandum within the twenty-page limitation given the claims, issues, and fact pattern involved in this case.

WHEREFORE, Defendants respectfully request that:

1. Defendants be allowed up to thirty (30) pages for their respective Memorandum of Points and Authorities in Support of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment;

2. Any opposition to said motion may also be up to thirty (30) pages in length; and

3. Any reply shall not exceed fifteen (15) pages.

Dated:  April 22, 2021         ALLEN, GLAESSNER,
                               HAZELWOOD & WERTH, LLP

                               By    /s/ Patrick Moriarty
                                     DALE L. ALLEN, JR.
                                     JOHN ROBINSON
                                     Attorneys for Defendant
                                     CITY OF RIO VISTA

Dated:  April 22, 2021         PORTER SCOTT
                               A PROFESSIONAL CORPORATION

                               By    /s/ Suli A. Mastorakos
                                     Carl L. Fessenden
                                     Suli A. Mastorakos
                                     Attorneys for Defendant Natalie Rafferty

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:**

1. Defendants be allowed to up to thirty (30) pages for their respective Memorandum of Points and Authorities in Support of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment;

2. Any opposition to said motion may also be up to thirty (30) pages in length; and

3. Any reply shall not exceed fifteen (15) pages.

**IT IS SO ORDERED.**

Dated: April 22, 2021

Troy L. Nunley
United States District Judge