**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant NATALIE RAFFERTY

**LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, ESQ., (SBN 69888)
K. CHIKE ODIWE, ESQ., (SBN 315109)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff NOAH BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BROWN, an individual, | CASE NO. 2:19-CV-02180 TLN CKD |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE DATE** |
| v. | |
| CITY OF RIO VISTA, a municipal corporation; NATALIE RAFFERTY, individually and in her official capacity as an officer for the Rio Vista Police Department; and Does 1-50, inclusive, individually and in their official capacity as police officers for the Rio Vista Police Department, | Complaint Filed: 10/28/2019 |
| Defendants. | |

1

**STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE DATE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties have met and conferred and have agreed to participate in a Settlement Conference with Magistrate Judge Carolyn K. Delaney presiding.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. That this matter be referred to Magistrate Judge Carolyn K. Delaney for a Settlement Conference on June 8, 2021, at 9:30 a.m.

**IT IS SO STIPULATED.**

Dated: May 18, 2021                      PORTER SCOTT
A PROFESSIONAL CORPORATION

By    /s/Carl L. Fessenden
       Carl L. Fessenden
       Suli A. Mastorakos
       Attorneys for Defendant Natalie Rafferty

Dated: May 18, 2021                      **LAW OFFICES OF JOHN L. BURRIS**

By    */s/*K. Chike Odiwe *(Authorized on 5/13/21)*
       John L. Burris
       K. Chike Odiwe
       Attorneys for Plaintiff Noah Brown

# ORDER

The Court, having reviewed and considered the Parties' Stipulation for a Settlement Conference and finding good cause therefore, hereby approves:

1. That this matter be referred to Magistrate Judge Carolyn K. Delaney for a Settlement Conference on June 8, 2021, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: May 18, 2021

Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE DATE**