UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BROWN, | 2:19-cv-02180-TLN-CKD |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| NATALIE RAFFERTY | |
| Defendant. | |

In October 2019, plaintiff filed this civil rights and state tort. (ECF No. 1.) The parties filed a notice of trial readiness on October 27, 2022 (ECF No. 47) and a settlement conference was scheduled for February 7, 2023 at 9:30 AM before Magistrate Judge Kendall J. Newman. (ECF No. 48.)

However, plaintiff's attorney has indicated that he has been unable to locate plaintiff for the past six months. In light of this, the court hereby vacates the settlement conference scheduled for February 7, 2023. Plaintiff is ordered to show cause within fourteen (14) days why this case should not be dismissed for failure to prosecute. Failure to respond to this order shall result in dismissal.

/////

/////

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference scheduled for February 7, 2023, is vacated;
2. Within 14 days of the date of this order, plaintiff shall show cause in writing why the court should not dismiss this case for failure to prosecute.

Dated: February 1, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,brow.2180

2