UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BROWN, | No. 2:19-cv-02180-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| NATALIE RAFFERTY, | |
| Defendant. | |

On February 1, 2023, the court issued an order to show cause why plaintiff's claim should not be dismissed for failure to prosecute. (ECF No. 50.) On February 6, 2023, plaintiff's counsel responded to the order to show cause. (ECF No. 51.) Plaintiff's counsel informed the court that plaintiff was in the custody of the Solano County Jail and released on January 29, 2023. (Id.)

In light of plaintiff's response, the court finds that plaintiff has shown good cause why this case should not be dismissed for failure to prosecute. Accordingly, the order to show cause issued February 6, 2023 (ECF No. 50) is hereby DISCHARGED.

The court will now reset the settlement conference that was canceled when plaintiff's counsel lost contact with his client. Magistrate Judge Newman is available for a settlement conference on the following dates: March 3, 2023; March 13, 2023; or April 25, 2023. Counsel for the parties shall meet and confer to select a settlement conference date and apprise Judge

1

Newman's courtroom deputy by email at awaldrop@caed.uscourts.gov within 10 days of today's Order with their date selection.

## **ORDER**

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause issued February 6, 2023 (ECF No. 50) is DISCHARGED;
2. Counsel for the parties shall meet and confer to select a settlement conference date from the following: March 3, 2023; March 13, 2023; or April 25, 2023; and
3. Upon meeting and conferring, counsel for the parties shall contact Judge Newman's courtroom deputy with their selected date.

Dated:  February 7, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,brow.2180

2